# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING CO., LLC,     Civ. No. 13-3518 (MJD/JSM)

    Plaintiff,     ORDER

v.

GATEWAY BANK, F.S.B.,

    Defendant.

The above matter came before the undersigned on defendant's request for leave to file a letter providing additional supplemental authority in support of its pending Motion to Dismiss [Docket No. 65].

Defendant's request is **DENIED**.

Dated: May 29, 2014            *Janie S. Mayeron*
                                                        JANIE S. MAYERON
                                                        United States Magistrate Judge